# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3946
_____

N. J., the Father of E. J., Minor
Child,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

March 28, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ryan Thomas Truskoski of Ryan Truskoski, P.A., Orlando, for Appellant.

Sarah J. Rumph with Children's Legal Services, Tallahassee; Sara E. Goldfarb of the Guardian ad Litem Program, Sanford, for Appellee.